**Joshua D'BARON, Plaintiff–Appellant,**

v.

**WACKENHUT CORRECTIONS CORPORATION; et al., Defendants–Appellees.**

No. 02–17320.

D.C. No. CV–00–05175–AWI/DLB.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.*

Decided July 24, 2003.

Before LEAVY, HAWKINS, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Joshua D'Baron appeals pro se the district court's summary judgment dismissing his prisoner civil rights action for failure to exhaust administrative remedies. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003), and we affirm.

The district court properly dismissed the action because D'Baron failed to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a). *See Booth v. Churner*, 532 U.S. 731, 741, 121 S.Ct. 1819,

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

149 L.Ed.2d 958 (2001). We construe the district court's order as dismissing the action without prejudice. *See Wyatt*, 315 F.3d at 1120.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.